IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUGENE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:08-cv-0853 |
| | ) |
| FEDEX GROUND PACKAGE | ) |
| SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow, that Plaintiff Eugene Smith and Defendant FedEx Ground Package System, Inc. have settled this case and that by the parties' agreement Plaintiff's complaint should be dismissed with prejudice and each party should bear his or its own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff's complaint is dismissed in its entirety with prejudice and further that each party shall bear his or its own costs and fees.

APPROVED BY:

/s/ [signature]
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

s/ Wade B. Cowan *(with permission)*
Wade B. Cowan (S.C. 9403)
150 Second Avenue North, Suite 225
Nashville, TN 37201
Phone: 615-256-8125
wcowan@dhhrplc.com

Attorney for Plaintiff
EUGENE SMITH


s/ James R. Mulroy, II
James R. Mulroy, II (TN Bar No. 000098)
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Phone: 901-462-2600
Fax: 901-462-2626
mulroyj@jacksonlewis.com

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.